SEALED

BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

SEP 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>SULA ELLEN MELICIO,<br><br>            Defendant. | CASE NO. 2:13-MJ-0301 CKD<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint and arrest warrant, as well as the affidavit underlying the criminal complaint and arrest warrant in the above-entitled proceeding, shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 9/26/2013

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL
DOCUMENTS