BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-301 CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXTENSION OF TIME IN WHICH TO HOLD A PRELIMINARY EXAMINATION |
| v. | |
| SULA ELLEN MELICIO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Sula Ellen Melicio, by and through her counsel, Candice Fields, hereby stipulate as follows:

1. The defendant was arrested pursuant to a criminal complaint and arrest warrant signed by the Honorable Carolyn K. Delaney of the Eastern District of California. The defendant appeared before a magistrate judge in the Eastern District of Virginia on September 30, 2013. The defendant was released on conditions and ordered to appear in this court on October 17, 2013.

2. The parties are in the process of exploring a possible pre-indictment resolution to this case. Counsel for the government will be in trial from approximately October 16 through October 31, 2013. In order to continue negotiations, the parties agree and request that the preliminary hearing be continued to December 16, 2013 at 2:00 p.m. before the duty magistrate judge.

Dated: October 1, 2013                BENJAMIN B. WAGNER
United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

Dated: October 1, 2013                /s/ Candice Fields
CANDICE FIELDS
Attorney for Defendant Sula Ellen Melicio

## [PROPOSED] FINDINGS AND ORDER

Good cause appearing, and pursuant to Fed. R. Crim. P. 5.1(d), the preliminary hearing is continued to December 16, 2013 at 2:00 p.m. before the duty magistrate judge.

SO ORDERED

Dated: October 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE