1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2724
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:13-MJ-301 CKD
                      Plaintiff,
12                                     | STIPULATION AND [PROPOSED] ORDER
                   v.                    REGARDING EXTENSION OF TIME IN WHICH TO
13                                       HOLD A PRELIMINARY EXAMINATION
   SULA ELLEN MELICIO,
14
                      Defendant.
15

16
          IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the
17
   approval of the court, the preliminary hearing in this matter, previously scheduled for December 18, 2013, at
18
   2:00 p.m., be continued to January 27, 2014, at 2:00 p.m. The parties also stipulate that the 30-day time
19
   period for indictment set forth in Title 18, United States Code, Section 3161(b) is waived.
20

21
   Dated: December 2, 2013                       BENJAMIN B. WAGNER
22                                                United States Attorney

23
                                                  /s/ Michele Beckwith
24                                                MICHELE BECKWITH
                                                  Assistant United States Attorney
25

26

27

28

                                                    1

Dated:  December 2, 2013

    /s/ Candice Fields
CANDICE FIELDS
Counsel for Defendant Sula Ellen Melicio

O R D E R

IT IS SO ORDERED.

Dated:  December 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2