CANDICE FIELDS LAW
CANDICE L. FIELDS – SBN 172174
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone:      (916)414-8050
Facsimile:       (916)790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant SULA ELLEN MELICIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SULA ELLEN MELICIO ,<br><br>Defendant. | Case No.  2:13-mj-00301-CKD<br><br>**APPLICATION AND [PROPOSED] ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO U.S.C. §4285** |

Defendant, SULA ELLEN MELICIO, through undersigned counsel, hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. §4285.  Ms. Melicio is financially unable to provide the necessary transportation from her place of residence in Silver Sprin, Maryland, to Sacramento, California for a Preliminary Examination on Monday, January 27, 2104, at 2:00 p.m. before the Honorable Carolyn K. Delaney.  Accordingly, the defendant, Sula Ellen Melicio, requests the Court to direct the United States Marshal to furnish the defendant, Sula Ellen Melicio, with round-trip transportation between Silver Spring, Maryland and Sacramento, California.

In the interests of justice the Court is requested to arrange for Sula Ellen Melicio's means of non-custodial transportation or furnish the fare for such transportation to the place where her appearance is required; and, in addition, to direct the United States Marshal to furnish Sula Ellen Melicio with an amount of money for subsistence expenses, not to exceed the amount authorized

1   as a per diem allowance for travel under Title 5 U.S.C. §4285.

2   Dated:  January 8, 2014                    CANDICE FIELDS LAW

3

4                                              By: /s/ *Candice L. Fields*
                                                   Candice L. Fields
5                                                  Attorney for Defendant Sula Ellen Melicio

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND [PROPOSED] ORDER FOR TRANSPORTATION AND SUBSISTENCE
PURSUANT TO U.S.C §4285

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

            v.

SULA ELLEN MELICIO,

                    Defendant.

Case No.  2:13-mj-00301-CKD

**ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO U.S.C. §4285**

        GOOD CAUSE APPEARING, it has been determined that defendant, SULA ELLEN

MELICIO, is financially unable to provide the necessary transportation from her place of

residence in Silver Spring, Maryland to Sacramento, California, for a Preliminary Hearing on

Monday, January 27, 2014, at 2:00 p.m., before the Honorable Carolyn K. Delaney.

        IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §4285, the United States Marshals

Service for the Eastern District of California shall make round-trip travel arrangements, or furnish

transportation expenses, to the above-named defendant for a Preliminary Hearing on Monday,

January 27, 2014, at 2:00 p.m.  In addition, the United States Marshal shall furnish Ms. Melicio

with money for subsistence expenses to her destination, the amount authorized as a per diem

allowance for travel under Section 5702(a) of Title 5, United States Code.  Ms. Melicio is

financially unable to be in Sacramento on this date without transportation and subsistence

expenses.

Dated:  January 9, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Melicio0301.ord.re.transportation

-3-

APPLICATION AND [PROPOSED] ORDER FOR TRANSPORTATION AND SUBSISTENCE
PURSUANT TO U.S.C §4285