BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-0301 CKD |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND ORDER |
| v. | |
| SUE ELLEN MELICIO, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned counsel, hereby moves to dismiss the complaint in this case and to vacate the status conference currently set for January 27, 2015, before the Honorable Kendall J. Newman.

On September 26, 2013, a complaint was filed charging the defendant with one count of conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349. On January 27, 2015, the parties entered into a twelve-month pretrial diversion agreement at a hearing held before the Honorable Kendall J. Newman. Pursuant to that agreement, the United States agreed to defer prosecution of the defendant and dismiss the complaint after one year if the defendant complied with the conditions set forth in the agreement.

On January 22, 2014, the United States received a communication from the Pretrial Services Officer assigned to the defendant's case. The officer recommended successful termination of pretrial diversion based on defendant's compliance with the terms of the diversion agreement. Accordingly, the United States moves to dismiss the complaint, and requests that the Court vacate the status conference

1 presently set for January 27, 2015.

2 Dated:  January 23, 2015                                          BENJAMIN B. WAGNER
                                                                   United States Attorney

4                                                           By:  /s/ MICHELE BECKWITH
                                                                   MICHELE BECKWITH
5                                                                  Assistant United States Attorney

**ORDER**

Based on the motion of the government, and good cause appearing therefrom, the complaint in the above-captioned matter is hereby DISMISSED.  The status conference presently set for January 27, 2015 is VACATED.

SO ORDERED.

Dated:  January 26, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE